MELINDA S. RIECHERT, State Bar No. 65504
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 el Camino Real, Suite 700
Palo Alto, CA 94306-2212
Tel: 650.843.4000
Fax: 650.843.4001
Email: mriechert@morganlewis.com

SHANNON B. NAKABAYASHI, SBN 215469
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 9405-1126
Tel: 415.442.1000
Fax: 415.442.1001
Email: snakabayashi@morganlewis.com

Attorneys for Defendant
GLAXOSMITHKLINE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN E. DARLINGTON,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>GLAXOSMITHKLINE, a corporation and DOES, 1 through 25,<br><br>　　　　　　Defendant.<br>_____ | Case No. 2:05-CV-01670 FCD PAN<br><br>STIPULATION TO TRANSFER TO UNITED STATE DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA<br><br>Date of Filing: May 5, 2005 |

　　　WHEREAS on or about May 5, 2005, Plaintiff Susan Darlington ("Plaintiff") filed a Complaint against Defendant GlaxoSmithKline ("Defendant") in Solano County Superior Court alleging, among other causes of action, wrongful termination and disability discrimination ("the Action");

　　　WHEREAS on or about August 19, 2005, Defendant removed the Action to the United States District Court for the Eastern District of California, pursuant to 28 U.S.C.§ 1441(b), diversity jurisdiction;

　　　WHEREAS pursuant to 28 U.S.C. § 1391(a), the Eastern District is the improper venue for this action, specifically:

1

     (a) Defendant, a Delaware Corporation, headquarterd in Wilmington, Delaware, does not reside in the Eastern District of California; and

     (b) none of the acts or omissions giving rise to the claims alleged took place in the Eastern District of California;

WHEREAS pursuant to 28 U.S.C. § 1391(a), venue is appropriate in the Northern District of California because a substantial part of the alleged acts and/or omissions took place there;

THE PARTIES HEREBY STIPULATED THAT:

The Action be transferred in its entirety from the United States District Court for the Eastern District of California, Sacramento Division, to the United States District Court for the Northern District of California, San Francisco Division.

Dated: December   , 2005                   MORGAN, LEWIS & BOCKIUS LLP

By /s/ Melinda Riechert
Melinda S. Riechert
Attorneys for Defendant
GLAXOSMITHKLINE

Dated: November 30, 2005                 JOHN F. PRENTICE AND ASSOCIATES

By /s/ John F. Prentice
John F. Prentice
Attorneys for Plaintiff
Susan Darlington

FOR GOOD CAUSE SHOWN, IT IS TO ORDERED

Date: December 21, 2005

/s Frank C. Damrell Jr.
United States District Court Judge